UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  3:09-md-02100-DRH  )  )  MDL No. 2100  ) |

**This Document Relates To:**

| | |
|---|---|
| *Melinda Indo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12205-DRH |
| *Robin Kundra v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10808-DRH |
| *Emily Trostle v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10591-DRH |
| *Jenna Werra v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10494-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 25, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.



Digitally signed by David R. Herndon
Date: 2015.06.26 15:19:35 -05'00'

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  */s/Caitlin Fischer*
       **Deputy Clerk**

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT